UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>$52,000.00 IN UNITED STATES CURRENCY;<br>  *Defendant*.<br><br>[CLAIMANT: ISMAEL RODRIGUEZ] | Civil No.<br><br><br><br><br><br><br><br>April 7, 2021 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Leonard C Boyle, Acting United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is $52,000.00 in United States Currency ("Defendant Asset").

4. The Defendant Asset is located within the jurisdiction of this Court.

5. On January 27, 2021, Ismael Rodriguez submitted an administrative claim of ownership to the Defendant Asset $52,000.00 in United States Currency.

### Background of Investigation

6. On or about July 30, 2020, law enforcement in Springfield, Massachusetts conducted a traffic stop of an individual who would later become a confidential informant to law

enforcement ("CI-1"). During this traffic stop, law enforcement discovered 85,000 glassine envelopes containing heroin hidden in a trap inside CI-1's vehicle, a 2011 Kia Sorrento. CI-1 later told law enforcement that an individual named Raul Rodriguez Urena ("Rodriguez Urena") provided the 2011 Kia Sorrento and secreted heroin to CI-1 earlier on July 30, 2020 in the Bronx, New York. Rodriguez Urena had instructed CI-1 to deliver the heroin to a destination in the Springfield, MA area for redistribution.

7. Law enforcement came to discover through this investigation that Rodriguez Urena was a Bronx-based heroin dealer who worked with several individuals to regularly transport large quantities of heroin from the Bronx, though Westchester County, and ultimately to the Springfield, MA area. Law enforcement also learned that Rodriguez Urena used a particular parking garage in the Bronx to store heroin and vehicles to transport the heroin, as well as a location to effectuate narcotics transactions.

8. On November 13, 2020, based on the above information, a United States Magistrate Judge in the Southern District of New York issued an arrest warrant for Rodriguez Urena charging him with conspiracy to distribute heroin.

9. Also on November 13, 2020, under the direction of law enforcement, CI-1 telephoned Rodriguez Urena and arranged for a meeting between Rodriguez Urena and a representative of CI-1 on November 15, 2020. This meeting was to take place at the Bronx, NY parking garage, where CI-1's currier was to provide Rodriguez Urena with a sum of money in exchange for an amount of heroin.

10. On November 15, 2020, law enforcement arrested Rodriguez Urena outside of the Bronx, NY parking garage where he was planning on meeting with CI-1. Law enforcement also

located three vehicles within the Bronx, NY parking garage that they knew, through surveillance and security footage, were involved in the heroin distribution conspiracy.

11. On November 16, 2020, a United States Magistrate Judge in the Southern District of New York authorized search and seizure warrants for the three vehicles described as follows: a black 2019 Toyota Highlander bearing State of New York license plate T750126C; a red 2009 Dodge Journey bearing State of New York license plate JJS4456; and a gray 2009 Hyundai Santa Fe, bearing Connecticut license plate AY03244. A search by law enforcement of the State of Connecticut Department of Motor Vehicles database revealed that the 2009 Hyundai Santa Fe was registered to Ismael Rodriguez of 219 Broadbrook Road, Enfield, CT.

12. Law enforcement executed the search and seizure warrants on the three vehicles and discovered: 3.08 kilograms of heroin within the 2019 Toyota Highlander; 3.13 kilograms of heroin located in an aftermarket hydraulic trap within the 2009 Hyundai Santa Fe; and an empty aftermarket trap located within the 2009 Dodge Journey.

13. After his arrest on November 15, 2020, Rodriguez Urena made statements to law enforcement. Rodriguez Urena told law enforcement that the 2009 Hyundai Santa Fe, containing 3.13 kilograms of heroin, was supposed to be delivered to Ismael Rodriguez at a location near Exit 48 off of Interstate 91, in Enfield, CT. Rodriguez Urena told law enforcement that he was to contact Ismael Rodriguez by telephone to arrange for the meeting at this location. Rodriguez Urena told law enforcement that Ismael Rodriguez was going to provide him with $180,000.00 as payment for the 3.13 kilograms of heroin.

14. On November 24, 2020, a United States Magistrate Judge in the District of Connecticut issued a search warrant for Ismael Rodriguez's residence located at 219 Broadbrook Road, Enfield, CT.

15. On November 25, 2020, law enforcement executed the search warrant on 219 Broadbrook Road. Law enforcement, after announcing their presence and receiving no response, made entry into the residence. Ismael Rodriguez was not at home, but law enforcement encountered his live-in girlfriend, Daisyne Torres. Torres claimed to have no knowledge of Ismael Rodriguez's narcotics trafficking activities or his current whereabouts.

16. Law enforcement utilized a narcotics detecting canine in the search of the residence. The canine alerted to the presence of narcotic odor in the closet of the master bedroom, located on the second floor. On the floor inside the master bedroom closet, law enforcement located and seized a bag containing $52,000.00 in United States Currency.

17. Law enforcement also located United States Currency on a nightstand in the bedroom. Torres claimed that Ismael Rodriguez had given her this money for medicine and, therefore, law enforcement did not seize that United States Currency.

18. Law enforcement also located a black spiral bound notebook. This notebook appeared to be a drug ledger because it listed money owed by customers for large amounts of packs of heroin. Based on the ledger, customers were charged approximately $170 per pack (100 wax fold baggies) of heroin. Certain customers appeared to owe in excess of one hundred thousand dollars for packs of heroin.

19. Law enforcement conducted a query of Ismael Rodriguez's criminal history, which yielded positive results, including four prior narcotics-related offenses in 2001, 2002, 2003, and 2009.

20. On March 16, 2021, law enforcement conducted a query with the State of Connecticut Department of Labor which revealed that Ismael Rodriguez had no reported income for the previous eight quarters.

## **CONCLUSION**

21. Based on the above information, it is believed that $52,000.00 in United States Currency constitutes proceeds from the illegal sale and distribution of narcotics and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

22. The Defendant Asset represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for $52,000.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

                    LEONARD C BOYLE,
                    ACTING UNITED STATES ATTORNEY

By:   /S/ David C. Nelson
       David C. Nelson (ct25640)
       Assistant U.S. Attorney
       157 Church Street, 24th Floor
       New Haven, Connecticut 06510
       Tel:   (203) 821-3700
       Fax:   (203) 773-5373
       David.C.Nelson@usdoj.gov

**DECLARATION**

I am a Special Agent with the Drug Enforcement Administration, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of April, 2021.


                                             /s/ *Scott P. Smith*
                                             SCOTT P. SMITH
                                             SPECIAL AGENT, DEA